Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PROSPERITY PROPERTIES TLC, LLC, et al.,<br><br>　　　　　Defendants. | No.  1:15-cv-01129 AWI BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO PROSPERITY PROPERTIES, TLC, LLC; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Arthur Owens and Defendant Prosperity Properties TLC, LLC, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: October 14, 2015            MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Arthur Owens

Dated: October 14, 2015            LAW OFFICES OF GREGORY L. MYERS


                                   */s/ Gregory L. Myers*
                                   Gregory L. Myers
                                   Attorney for Defendant,
                                   Prosperity Properties TLC, LLC

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety as to Prosperity Properties TLC, LLC. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   October 20, 2015            _____
                                     SENIOR  DISTRICT  JUDGE