1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ARTHUR OWENS,                    ) No. 1:15-cv-01129-AWI-BAM
                                     )
12           Plaintiff,               ) **NOTICE OF VOLUNTARY DISMISSAL**
                                     ) **OF ENTIRE ACTION; [~~PROPOSED~~]**
13       vs.                          ) **ORDER**
                                     )
14  PROSPERITY PROPERTIES TLC, LLC, et)
    al.,                              )
15                                   )
                                     )
16           Defendants.              )
                                     )
17  _____  )

18

19

20       WHEREAS, Defendants Norberto Garcia dba BJ's Kountry Kitchen and Teresa Garcia

21  dba BJ's Kountry Kitchen have not filed an answer or motion for summary judgment;

22       WHEREAS, Plaintiff and the remaining Defendants Norberto Garcia dba BJ's Kountry

23  Kitchen and Teresa Garcia dba BJ's Kountry Kitchen have settled the matter;

24       WHEREAS, no counterclaim has been filed;

25       Plaintiff hereby respectfully requests that this action be dismissed with prejudice as to

26  Defendants Norberto Garcia dba BJ's Kountry Kitchen and Teresa Garcia dba BJ's Kountry

27  Kitchen pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

28

Date: October 23, 2015                MOORE LAW FIRM, P.C.


                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorney for Plaintiff
                                               Arthur Owens

**<u>ORDER</u>**

Per the filed stipulation and Rule 41(a)(1), IT IS HEREBY ORDERED that:

1. This action be dismissed with prejudice as to the remaining Defendants Norberto Garcia dba BJ's Kountry Kitchen and Teresa Garcia dba BJ's Kountry Kitchen; and

2. The Clerk shall CLOSE this case.


IT IS SO ORDERED.

Dated:   October 26, 2015                    _____
                                                        SENIOR  DISTRICT  JUDGE